# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 7, 2025

<u>Via ECF</u>

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*So ordered,*
*10-9-25*
*[signature]*

Re: **United States v. Jefry Bueno Guzman**
    **25 Cr. 215 (AKH)**

Dear Judge Hellerstein,

I write with the consent of the Government and Pretrial Services to respectfully request that Mr. Bueno Guzman's release conditions be amended to permit him to travel to the District of Connecticut for employment purposes. Mr. Bueno Guzman recently secured on-the-books employment working for a communications company, which might require him to travel to Connecticut for his job. So that Mr. Bueno Guzman can do so and perform his work duties, I respectfully request modification of his release conditions to permit travel to Connecticut for employment purposes. The Government and Pretrial Services do not object to this request.

I thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: AUSA William Kinder
    Pretrial Services Officer Laura Gialanella