# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 3, 2026

**Via ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
3/5/2025

Re.    **United States v. Jefry Bueno Guzman**
       **25 Cr. 215 (AKH)**

Dear Judge Hellerstein,

I write to respectfully submit two requests for the Court's consideration.

First, certain materials referenced by the Probation Department in Mr. Bueno Guzman's draft Presentence Investigation Report (PSR) need to be reviewed by defense counsel for accuracy. To permit the Probation Department to share these materials with counsel, I respectfully request that the Court authorize the Probation Department to share the materials related to Mr. Bueno Guzman's prior arrests with the parties for use solely in connection with the sentencing in this matter. Probation has no objection to this request.

Second, the defense respectfully requests that the Court order the removal of one of the co-signers on Mr. Bueno Guzman's bond now that a separate co-signer has been approved by the Government as a replacement co-signer. Specifically, Ms. Hany Tupete has executed Mr. Bueno Guzman's bond in this case, replacing a previous co-signer, Ms. Patricia Ramos. The Clerk's office has informed us that it can only remove a prior co-signer with Court approval. Accordingly, I respectfully request that the Court order the removal of Ms. Ramos as a co-signer on Mr. Bueno Guzman's bond and her replacement by Ms. Tupete.

We thank the Court for its consideration of these requests.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    AUSA William Kinder