**Federal Defenders**
OF NEW YORK, INC.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-26

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

June 5, 2026

6/5/26
O.K.

**Via ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re.    **United States v. Jefry Bueno Guzman**
       **25 Cr. 215 (CM)**

Dear Judge McMahon,

I write with the consent of the Probation Department to respectfully request that the Court delay by one week the portion of Mr. Bueno Guzman's sentence in the above-captioned matter that requires him to spend his weekend at a Community Correction Facility (CCF or "halfway house").[1] *See* Doc. 61 at 5.

Mr. Bueno Guzman, defense counsel, and Probation have been collaborating for several weeks regarding Mr. Bueno Guzman's schedule, employment, program and reporting requirements, and halfway house obligations, and Mr. Bueno Guzman was prepared to report to the RRC as directed before 9:00 p.m. after he returned from work in Connecticut.

Despite several conversations with Probation regarding the halfway house's requirements, the CCF only informed Probation (and in turn the defense) this morning that Mr. Bueno Guzman needed to complete a medical clearance by 4:00 p.m. today to be admitted. Because Mr. Bueno Guzman is already at work in northeastern Connecticut, he will be unable to make it back to the Bronx in time to complete this clearance. Accordingly, with the consent of Probation, I respectfully request that the Court delay by one week the portion of Mr. Bueno Guzman's sentence that requires him to report to a CCF each weekend. If this request is granted, Mr. Bueno Guzman would commence his 26 weekends at a CCF the second week of June. Defense counsel and Probation will ensure he completes the necessary medical clearance in advance of next weekend.

---

[1]    The defense reached out to Government counsel this morning but has not yet heard back on their position.

**United States v. Jefry Bueno Guzman**
**25 Cr. 215 (CM)**

We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    AUSA William Kinder
U.S. Probation Officer Stephanie Zhang

2